**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SOOKBOX DEVELOPMENT LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CRESTRON ELECTRONICS, INC.,**<br><br>Defendant. | **CIVIL ACTION NO 6:17-cv-147-JRG-KNM**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sookbox Development LLC ("Plaintiff") voluntarily dismisses the action against Defendant Crestron Electronics, Inc. Plaintiff affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment.

Dated:  March 13, 2017

 */s/  Papool S. Chaudhari*
 Papool S. Chaudhari
 Texas State Bar No. 24076978
 Chaudhari Law, PLLC
 P.O. Box 1863
 Wylie, Texas 75098
 Phone:  (214) 702-1150
 Fax: (214) 705-3775
 Papool@ChaudhariLaw.com

 Attorney for Plaintiff
 SOOKBOX DEVELOPMENT LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 13th day of March, 2017.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                                           */s/  Papool S. Chaudhari*