**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SOOKBOX DEVELOPMENT LLC,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 6:17-CV-147-JRG-** |
| § | **KNM** |
| **CRESTON ELECTRONICS, INC.** § | |
| § | |
| § | |
| § | |

## ORDER

The Court has considered Sookbox Development, LLC's ("Plaintiff") Notice of Voluntary Dismissal Without Prejudice of Defendant Creston Electronics, LLC ("Defendant"), and is of the opinion that the Notice should be **APPROVED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against Defendant are **DISMISSED without prejudice**.

**So ORDERED and SIGNED this 22nd day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE